IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TRUDY BANKS o/b/o M.C.K.,          )
                                    )
              Plaintiff,            )
                                    )
v.                                  )     CIVIL ACTION NO. 1:22-0380-MU
                                    )
KILOLO KIJAKAZI,                    )
Acting Commissioner of Social Security, )
                                    )
              Defendant.            )

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner

of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this **9th** day of **June**, 2023

s/P. BRADLEYMURRAY_____
UNITED STATES MAGISTRATE JUDGE